IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| RHONDA ALEY, on behalf of herself and others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>ELIGO ENERGY, LLC<br><br>Defendant. | CIVIL ACTION FILE NO. 1:22-cv-4543<br><br>Judge John F. Kness |

## STIPULATION OF DISMISSAL WITH PREJUDICE

The parties file this Stipulation of Dismissal with Prejudice pursuant to Fed. R. Civ. P. 41(a)(1)(A).

Dated: January 5, 2023          PLAINTIFF,

/s/ Anthony Paronich
Anthony Paronich
Email: anthony@paronichlaw.com
PARONICH LAW, P.C.
350 Lincoln Street, Suite 2400
Hingham, MA 02043
Telephone: (617) 485-0018
Facsimile: (508) 318-8100

*Attorneys for Plaintiff*

Defendant,

*/s/ Nathan D. Chapman*
Nathan D. Chapman (*pro hac vice*)
nchapman@kcozlaw.com
Patrick J. Fitzgerald (*pro hac vice*)
pfitzgerald@kcozlaw.com
171 17th Street
Suite 1550
Atlanta, Georgia 30363
(404) 400-7300

*Attorneys for Defendant*

**Certificate of Service**

The foregoing document has been filed electronically, is available for viewing and downloading from the ECF system, and has been served on all parties of record via electronic service through the ECF system on January 5, 2023.

*/s/ Anthony Paronich*
Anthony Paronich